UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 24-16879 |
|---|---|---|
| HABIB O. ADEBISI | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY

This matter coming before the Court on the motion of SANTANDER CONSUMER USA INC. for relief from the automatic stay,

IT IS ORDERED:

1. The automatic stay is modified so as not to restrain SANTANDER CONSUMER USA INC. from pursuing in rem non-bankruptcy remedies with respect to the 2017 Mercedes-Benz E-Class motor vehicle bearing a Vehicle Identification Number of WDDZF4KB6HA064406.

2. Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a)(3), this Order will be effective as of 12/27/2024.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  December 04, 2024

**Prepared by:**

Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)